**176** REYNOLDS vs. CIRCUIT JUDGE (Macomb), 1 M., 134.

To compel respondent to allow an appeal from a judgment recovered before a justice of the peace, in a case where relator, the defendant, had given security for stay of execution, and thereafter attempted to appeal.

Denied 1848.

**177** McCORMICK HARVESTING MACH. CO. vs. CIRCUIT JUDGE (Hillsdale), No. 12057½.

To compel vacation of order dismissing an appeal.
Order to show cause denied June 18, 1891.

**178** ALDRICH vs. CIRCUIT JUDGE (Clinton), 49 M., 609.

To require respondent to vacate an order reinstating an appeal from a judgment of the justice, after it had been dismissed.

Denied January 10, 1883.

Held, that an appeal may be reinstated in the discretion of the circuit judge, upon statutory excuses for the default, notwithstanding the fact that the transcript of the judgment has been filed meanwhile, and execution issued thereon.